1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  BRIAN D. ANDERSON Cal. Bar No. 221645
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:    415-434-9100
   Facsimile:     415-434-3947

Attorneys for BLUMBERG CAPITAL, L.L.C.,
BLUMBERG CAPITAL I, LP, and
TRANSTECH NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUMBERG CAPITAL, L.L.C., BLUMBERG CAPITAL I, LP,; TRANSTECH NETWORKS, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>ASGENT, INC.,<br><br>            Defendant. | Case No. CV-04-0844 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**[Fed. R. Civ. P. 41(a)(1)]**<br><br>The Honorable Phyllis J. Hamilton |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs Blumberg Capital, L.L.C., Blumberg

3   Capital I, LP, and Transtech Networks, Inc. dismiss their Amended Complaint against

4   defendant Asgent, Inc.

5   DATED: April 1, 2009

6                                       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

8                       By         /s/ Brian Blackman
9                                       P. CRAIG CARDON
                                        BRIAN R. BLACKMAN
10                              Attorneys for BLUMBERG CAPITAL, L.L.C.,
                                BLUMBERG CAPITAL I, LP, and TRANSTECH
11                                          NETWORKS, INC



4/2/09